909 A.2d 802

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Jose Antonio MARRERO, Appellant.**

Supreme Court of Pennsylvania.

Submitted Aug. 28, 2003.

Decided Nov. 21, 2006.

Michael Wiseman, Esq., Philadelphia, Jose Antonio Marrero.

James Kenneth Vogel, Esq., Amy Zapp, Esq., Erie, for Commonwealth of Pennsylvania.

**6.** We do not reach the question of prejudice since there is no delay attributable to PennDOT, instantly.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of November, 2006, we **VACATE** the Order of the Court of Common Pleas of Erie County and **REMAND** for proceedings consistent with *Commonwealth v. Miller,* 585 Pa. 144, 888 A.2d 624 (2005).

Chief Justice CAPPY, and Justice CASTILLE, SAYLOR, EAKIN and BAER and Justice BALDWIN join the per curiam remand.